## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | |
|---|---|
| ANGELA ALLEN, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 4:21-cv-921-SDJ-KPJ |
| § | |
| UNITED STATES BANKRUPTCY § | |
| COURT FOR THE EASTERN § | |
| DISTRICT OF TEXAS, ET AL., § | |
| § | |
| Defendants. | |

## REPORT AND RECOMMENDATION OF
## UNITED STATES MAGISTRATE JUDGE

This matter was referred to the undersigned pursuant to 28 U.S.C. § 636. *See* Dkt. 6. As set forth below, the Court finds Plaintiff Angela Allen's ("Plaintiff") claims against Defendants United States Bankruptcy Court for the Eastern District of Texas ("USBC"), Scott Cameron ("Mr. Cameron"), and State of Texas (the "State of Texas") (collectively, "Defendants") should be **DISMISSED** without prejudice for want of prosecution.

On October 18, 2021, Plaintiff filed this lawsuit in state court against Defendants. *See* Dkt. 3. On November 22, 2021, USBC removed the case to this Court. *See* Dkt. 1. Since removal, Plaintiff has not taken any action in this matter. On April 12, 2022, the Court entered an order (Dkt. 5) directing Plaintiff to file a status report indicating how she wishes to proceed in this matter within thirty (30) days. *Id.* Additionally, the Order advised Plaintiff that if she failed to comply with the Order, the Court would recommend that the case be dismissed without prejudice. *Id.* USPS tracking shows that Plaintiff received the Order on April 21, 2022. To date, Plaintiff has not filed a status report or otherwise taken any action in this matter.

1

It is, therefore, recommended that Plaintiff's claims against Defendants be **DISMISSED** without prejudice for want of prosecution. *See* FED. R. CIV. P. 41(b).

Within fourteen (14) days after service of the magistrate judge's report, any party may serve and file written objections to the findings and recommendations of the magistrate judge. 28 U.S.C.A. § 636(b)(1)(C).

A party is entitled to a de novo review by the district court of the findings and conclusions contained in this report only if specific objections are made, and failure to timely file written objections to any proposed findings, conclusions, and recommendations contained in this report shall bar an aggrieved party from appellate review of those factual findings and legal conclusions accepted by the district court, except on grounds of plain error, provided that the party has been served with notice that such consequences will result from a failure to object. *Id.*; *Thomas v. Arn*, 474 U.S. 140, 148 (1985); *Douglass v. United Servs. Auto Ass'n*, 79 F.3d 1415, 1417 (5th Cir. 1996) (en banc), superseded by statute on other grounds, 28 U.S.C. § 636(b)(1) (extending the time to file objections from ten to fourteen days).

**So ORDERED and SIGNED this 13th day of June, 2022.**

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE